IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| The Union Labor Life Ins. Co., | Case No. 1:25cv2042 |
| Plaintiff, | |
| -vs- | JUDGE PAMELA A. BARKER |
| Statler Cleveland Holding, LLC | ORDER |
| Defendant. | |

On September 25, 2025, Plaintiff The Union Labor Life Ins. Co. filed a Complaint In Action for Mortgage Foreclosure against Defendant Statler Cleveland Holding LLC. (Doc. No. 1.) Therein, Plaintiff seeks a judgment of foreclosure in its favor against Defendant in the amount of $60,741.703.69, together with interest, attorney's fees, and costs. [1]  (*Id*.) Plaintiff alleges that this Court has jurisdiction over the instant action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds $75,000 and the action is between citizens of different States.[2]  (*Id*. at ¶ 3.)

The Court hereby advises and reminds Plaintiff that this action is governed by the procedures for foreclosure actions based on diversity jurisdiction set forth in Amended General Order No. 2006-16-6, which is attached hereto as Exhibit 1 (hereinafter "GO No. 2006-16-6").  Plaintiff is hereby

---

[1] Plaintiff attaches the following Exhibits to its Complaint: (1) the parties' July 15, 2022 Loan Agreement; (2) a July 15, 2022 Promissory Note executed by Defendant; (3) the Mortgage Agreement; (4) an Assignment of Rents and Leases executed by Defendant on July 15, 2022; (5) a Financing Statement regarding Personal Property and Fixtures; (6) a Legal Description of the Real Property at issue; (7) two Default Notices; and (8) an Itemized Statement of Defendant's alleged indebtedness to Plaintiff. (Doc. Nos. 1-1 through 1-9.)

[2] On September 30, 2025, this Court issued an Order directing Plaintiff to provide additional information relating to whether or not diversity jurisdiction exists in this matter. (Doc. No. 4.) Plaintiff's response is due by no later than October 14, 2025. (*Id*.)

ORDERED to ensure that its Complaint in the instant action complies in all respects with Section 1 of GO No. 2006-16-6, including (but not limited to) Sections 1.2.1 and 1.2.2.  **By no later than October 30, 2025, Plaintiff shall either (1) file a Notice on the docket confirming and explaining that the original Complaint complies with the requirements set forth in Section 1 of GO Order No. 2006-16-6, with citations to the specific Exhibits demonstrating such compliance; or (2) file an Amended Complaint that fully complies with the requirements set forth in Section 1 of GO No. 2006-16-6.**

    IT IS SO ORDERED.

                                                                      *s/Pamela A. Barker*
                                                                    PAMELA A. BARKER
Date:  September 30, 2025                        U. S. DISTRICT JUDGE