# EXHIBIT I

From: Union Labor Life
Candice M. Smith
Voice: 202 682-6918
Casmith@Ullico.Com

|  |  |  |  |  |  | Interest | Late Charges |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  | **Ceiling** | **5.75%** |  |  |
| **One Month SOFR Index** | **Index Rounded up to Nearest .125%** | **Margin** | **Calculated All-in Interest Rate** | **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Interest Accruals** |  |  |
| 5.34304% | 5.37500% | 3.50000% | 8.87500% | 5.7500% | $257,472.22 |  |  |
| 5.34304% | 5.37500% | 3.50000% | 8.87500% | 5.7500% | $0.00 |  |  |
|  |  |  |  | Interest Due 8/1/2024 | $257,472.22 | $257,472.22 |  |
|  |  |  |  | Late Charge @ 6% | $15,448.33 |  | $15,448.33 |
|  |  |  |  | Total Due 8/1/2024 | $272,920.55 |  |  |
| **Margin** | **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Prime Rate** | **Prime Rate Margin** | **Default All-in Interest Rate** | **Rate to be Used According to Loan Agreement** | **Interest Accruals** |  |
| 3.50000% | 5.75000% | 8.5000% | 5.000% | 13.5000% | 13.5000% | $41,527.78 | $41,527.78 |
| 3.50000% | 5.75000% | 8.5000% | 5.000% | 13.5000% | 13.5000% | $507,000.00 | $507,000.00 |
| 3.50000% | 5.75000% | 8.5000% | 5.000% | 13.5000% | 13.5000% | $0.00 |  |
|  |  |  |  | Interest Due 9/1/2024 | $548,527.78 |  |  |
|  |  |  |  | Late Charge @ 6% | $32,911.67 |  | $32,911.67 |
|  |  |  |  | Total Due 9/1/2024 | $581,439.44 |  |  |
| **Margin** | **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Prime Rate** | **Prime Rate Margin** | **Default All-in Interest Rate** | **Rate to be Used According to Loan Agreement** | **Interest Accruals** |  |
| 3.50000% | 5.75000% | 8.5000% | 5.000% | 13.5000% | 13.5000% | $351,000.00 | $351,000.00 |
| 3.50000% | 5.75000% | 8.0000% | 5.000% | 13.0000% | 13.0000% | $225,333.33 | $234,000.00 |
| 3.50000% | 5.75000% | 8.0000% | 5.000% | 13.0000% | 13.0000% | $0.00 |  |
|  |  |  |  | Interest Due 10/1/2024 | $576,333.33 |  |  |
|  |  |  |  | Late Charge @ 6% | $34,580.00 |  | $34,580.00 |
|  |  |  |  | Total Due 10/1/2024 | $610,913.33 |  |  |
| **Margin** | **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Prime Rate** | **Prime Rate Margin** | **Default All-in Interest Rate** | **Rate to be Used According to Loan Agreement** | **Interest Accruals** |  |
| 3.50000% | 5.75000% | 8.0000% | 5.000% | 13.0000% | 13.0000% | $582,111.11 |  |
| 3.50000% | 5.75000% | 8.0000% | 5.000% | 13.0000% | 13.0000% | $0.00 |  |
| 3.50000% | 5.75000% | 8.0000% | 5.000% | 13.0000% | 13.0000% | $0.00 |  |
|  |  |  |  | Interest Due 11/1/2024 | $582,111.11 | $582,111.11 |  |
|  |  |  |  | Late Charge @ 6% | $34,926.67 |  | $34,926.67 |
|  |  |  |  | Total Due 11/1/2024 | $617,037.78 |  |  |
| **Margin** | **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Prime Rate** | **Prime Rate Margin** | **Default All-in Interest Rate** | **Rate to be Used According to Loan Agreement** | **Interest Accruals** |  |
| 3.50000% | 5.75000% | 8.0000% | 5.000% | 13.0000% | 13.0000% | $131,444.44 | $131,444.44 |
| 3.50000% | 5.75000% | 7.7500% | 5.000% | 12.7500% | 12.7500% | $423,583.33 | $423,583.33 |
| 3.50000% | 5.75000% | 7.7500% | 5.000% | 12.7500% | 12.7500% | $0.00 |  |
|  |  |  |  | Interest Due 12/1/2024 | $555,027.77 |  |  |
|  |  |  |  | Late Charge @ 6% | $33,301.67 |  | $33,301.67 |
|  |  |  |  | Total Due 12/1/2024 | $588,329.43 |  |  |

C:\Users\rmp\Desktop\RED\ULLICO - Statler\Ex. I - The Statler Default Int Cal.xlsx

From: Union Labor Life
Candice M. Smith
Voice: 202 682-6918
Casmith@Ullico.Com

| | | | | | | Interest | Late Charges |
|---|---|---|---|---|---|---|---|

| | | | | **Ceiling** | **5.75%** | | |
|---|---|---|---|---|---|---|---|

| One Month SOFR Index | Index Rounded up to Nearest .125% | Margin | Calculated All-in Interest Rate | Interest Rate to be used (after factoring Ceiling and Floor Rates) | Interest Accruals | | |
|---|---|---|---|---|---|---|---|
| 5.34304% | 5.37500% | 3.50000% | 8.87500% | 5.7500% | $257,472.22 | | |
| 5.34304% | 5.37500% | 3.50000% | 8.87500% | 5.7500% | $0.00 | | |
| | | | | Interest Due 8/1/2024 | $257,472.22 | $257,472.22 | |
| | | | | Late Charge @ 6% | $15,448.33 | | $15,448.33 |
| | | | | Total Due 8/1/2024 | $272,920.55 | | |

| Margin | Interest Rate to be used (after factoring Ceiling and Floor Rates) | Prime Rate | Prime Rate Margin | Default All-in Interest Rate | Rate to be Used According to Loan Agreement | Interest Accruals | | |
|---|---|---|---|---|---|---|---|---|
| 3.50000% | 5.75000% | 7.7500% | 5.000% | 12.7500% | 12.7500% | $331,500.00 | $331,500.00 | |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $234,722.22 | $234,722.22 | |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 | | |
| | | | | Interest Due 1/1/2025 | $566,222.22 | | | |
| | | | | Late Charge @ 6% | $33,973.33 | | $33,973.33 | |
| | | | | Total Due 1/1/2025 | $600,195.56 | | | |

| Margin | Interest Rate to be used (after factoring Ceiling and Floor Rates) | Prime Rate | Prime Rate Margin | Default All-in Interest Rate | Rate to be Used According to Loan Agreement | Interest Accruals | | |
|---|---|---|---|---|---|---|---|---|
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $559,722.22 | | |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 | | |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 | | |
| | | | | Interest Due 2/1/2025 | $559,722.22 | $559,722.22 | |
| | | | | Late Charge @ 6% | $33,583.33 | | $33,583.33 |
| | | | | Total Due 2/1/2025 | $593,305.56 | | |

| Margin | Interest Rate to be used (after factoring Ceiling and Floor Rates) | Prime Rate | Prime Rate Margin | Default All-in Interest Rate | Rate to be Used According to Loan Agreement | Interest Accruals | | |
|---|---|---|---|---|---|---|---|---|
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $505,555.56 | | |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 | | |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 | | |
| | | | | Interest Due 3/1/2025 | $505,555.56 | $505,555.56 | |
| | | | | Late Charge @ 6% | $30,333.33 | | $30,333.33 |
| | | | | Total Due 3/1/2025 | $535,888.89 | | |

| Margin | Interest Rate to be used (after factoring Ceiling and Floor Rates) | Prime Rate | Prime Rate Margin | Default All-in Interest Rate | Rate to be Used According to Loan Agreement | Interest Accruals | | |
|---|---|---|---|---|---|---|---|---|
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $559,722.22 | | |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 | | |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 | | |
| | | | | Interest Due 4/1/2025 | $559,722.22 | $559,722.22 | |
| | | | | Late Charge @ 6% | $33,583.33 | | $33,583.33 |
| | | | | Total Due 4/1/2025 | $593,305.56 | | |

| Margin | Interest Rate to be used (after factoring Ceiling and Floor Rates) | Prime Rate | Prime Rate Margin | Default All-in Interest Rate | Rate to be Used According to Loan Agreement | Interest Accruals | | |
|---|---|---|---|---|---|---|---|---|

C:\Users\rmp\Desktop\RED\ULLICO - Statler\Ex. I - The Statler Default Int Cal.xlsx

From: Union Labor Life
Candice M. Smith
Voice: 202 682-6918
Casmith@Ullico.Com

|  |  |  |  |  |  |  | Interest | Late Charges |
|---|---|---|---|---|---|---|---|---|
|  |  |  | **Ceiling** | **5.75%** |  |  |  |  |
| **One Month SOFR Index** | **Index Rounded up to Nearest .125%** | **Margin** | **Calculated All-in Interest Rate** | **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Interest Accruals** |  |  |  |
| 5.34304% | 5.37500% | 3.50000% | 8.87500% | 5.7500% | $257,472.22 |  |  |  |
| 5.34304% | 5.37500% | 3.50000% | 8.87500% | 5.7500% | $0.00 |  |  |  |
|  |  |  | Interest Due 8/1/2024 | | $257,472.22 |  | $257,472.22 |  |
|  |  |  | Late Charge @ 6% | | $15,448.33 |  |  | $15,448.33 |
|  |  |  | Total Due 8/1/2024 | | $272,920.55 |  |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $541,666.67 |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 |  |  |
|  |  |  |  | Interest Due 5/1/2025 | $541,666.67 | $541,666.67 |  |  |
|  |  |  |  | Late Charge @ 6% | $32,500.00 |  |  | $32,500.00 |
|  |  |  |  | Total Due 5/1/2025 | $574,166.67 |  |  |  |
| **Margin** | **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Prime Rate** | **Prime Rate Margin** | **Default All-in Interest Rate** | **Rate to be Used According to Loan Agreement** | **Interest Accruals** |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $559,722.22 |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 |  |  |
|  |  |  |  | Interest Due 6/1/2025 | $559,722.22 | $559,722.22 |  |  |
|  |  |  |  | Late Charge @ 6% | $33,583.33 |  |  | $33,583.33 |
|  |  |  |  | Total Due 6/1/2025 | $593,305.56 |  |  |  |
| **Margin** | **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Prime Rate** | **Prime Rate Margin** | **Default All-in Interest Rate** | **Rate to be Used According to Loan Agreement** | **Interest Accruals** |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $541,666.67 |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 |  |  |
|  |  |  |  | Interest Due 7/1/2025 | $541,666.67 | $541,666.67 |  |  |
|  |  |  |  | Late Charge @ 6% | $32,500.00 |  |  | $32,500.00 |
|  |  |  |  | Total Due 7/1/2025 | $574,166.67 |  |  |  |
| **Margin** | **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Prime Rate** | **Prime Rate Margin** | **Default All-in Interest Rate** | **Rate to be Used According to Loan Agreement** | **Interest Accruals** |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $559,722.22 |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 |  |  |
|  |  |  |  | Interest Due 8/1/2025 | $559,722.22 | $559,722.22 |  |  |
|  |  |  |  | Late Charge @ 6% | $33,583.33 |  |  | $33,583.33 |
|  |  |  |  | Total Due 8/1/2025 | $593,305.56 |  |  |  |
| **Margin** | **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Prime Rate** | **Prime Rate Margin** | **Default All-in Interest Rate** | **Rate to be Used According to Loan Agreement** | **Interest Accruals** |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $451,388.89 |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $108,333.33 |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 |  |  |

From: Union Labor Life
Candice M. Smith
Voice: 202 682-6918
Casmith@Ullico.Com

|  |  |  |  |  |  |  | Interest | Late Charges |
|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  | **Ceiling** | **5.75%** |  |  |  |
| **One Month SOFR Index** | **Index Rounded up to Nearest .125%** | **Margin** | **Calculated All-in Interest Rate** | **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Interest Accruals** |  |  |  |
| 5.34304% | 5.37500% | 3.50000% | 8.87500% | 5.7500% | $257,472.22 |  |  |  |
| 5.34304% | 5.37500% | 3.50000% | 8.87500% | 5.7500% | $0.00 |  |  |  |
|  |  |  |  | **Interest Due 8/1/2024** | **$257,472.22** |  | $257,472.22 |  |
|  |  |  |  | **Late Charge @ 6%** | **$15,448.33** |  |  | $15,448.33 |
|  |  |  |  | **Total Due 8/1/2024** | **$272,920.55** |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  | **Interest Due 9/1/2025** | **$559,722.22** | $559,722.22 |  |  |
|  |  |  |  | **Late Charge @ 6%** | **$33,583.33** |  |  | $33,583.33 |
|  |  |  |  | **Total Due 9/1/2025** | **$593,305.56** |  |  |  |
|  |  |  |  |  |  |  |  |  |
| **Margin** | **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Prime Rate** | **Prime Rate Margin** | **Default All-in Interest Rate** | **Rate to be Used According to Loan Agreement** | **Interest Accruals** |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $252,777.78 |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 |  |  |
| 3.50000% | 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | $0.00 |  |  |
|  |  |  |  | **Interest Due 9/15/2025** | **$252,777.78** | $252,777.78 |  |  |
|  |  |  |  | **Late Charge @ 6%** | **$15,166.67** |  |  | $15,166.67 |
|  |  |  |  | **Total Due 9/15/2025** | **$267,944.44** |  |  |  |
|  |  |  |  | Note All in Rate | $299,000.00 |  |  |  |
|  |  |  |  | Default Interest - 13.50% | $858,000.00 |  |  |  |
|  |  |  |  | Default Interest - 13.00% | $947,555.55 |  |  |  |
|  |  |  |  | Default Interest - 12.75% | $755,083.33 |  |  |  |
|  |  |  |  | Default Interest - 12.50% | $4,875,000.00 |  |  |  |
|  |  |  |  | Late Charges | $0.00 | $463,558.33 |  |  |
|  |  |  |  | Total Interest Due: | $7,734,638.88 |  |  |  |

From: Union Labor Life
Candice M. Smith
Voice: 202 682-6918
Casmith@Ullico.Com

|  |  |  |  |  |  | Interest | Late Charges |
|---|---|---|---|---|---|---|---|
| **Ceiling** | **5.75%** |  |  |  |  |  |  |
| **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Prime Rate** | **Prime Rate Margin** | **Default All-in Interest Rate** | **Rate to be Used According to Loan Agreement** | **Interest Accruals** |  |  |
| 5.75000% | 8.5000% | 5.000% | 13.5000% | 13.5000% | **$844.55** | $844.55 |  |
| 5.75000% | 8.5000% | 5.000% | 13.5000% | 13.5000% | **$290.09** | $290.09 |  |
| 5.75000% | 8.5000% | 5.000% | 13.5000% | 13.5000% | **$529.36** | $529.36 |  |
|  |  |  |  | **Interest Due 7/1/2024** | **$1,664.00** |  |  |
|  |  |  |  | **Late Charge @ 6%** | **$99.84** |  |  |
|  |  |  |  | **Total Due 7/1/2024** | **$1,763.84** |  |  |
| **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Prime Rate** | **Prime Rate Margin** | **Default All-in Interest Rate** | **Rate to be Used According to Loan Agreement** | **Interest Accruals** |  |  |
| 5.75000% | 8.5000% | 5.000% | 13.5000% | 13.5000% | **$1,085.85** | $1,085.85 |  |
| 5.75000% | 8.0000% | 5.000% | 13.0000% | 13.0000% | **$697.09** |  |  |
| 5.75000% | 8.0000% | 5.000% | 13.0000% | 13.0000% | **$1,800.81** |  |  |
| 5.75000% | 8.0000% | 5.000% | 13.0000% | 13.0000% | **$406.64** | $2,904.54 |  |
| 5.75000% | 7.7500% | 5.000% | 12.7500% | 12.7500% | **$1,310.39** |  |  |
| 5.75000% | 7.7500% | 5.000% | 12.7500% | 12.7500% | **$1,025.53** | $2,335.92 |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$726.14** |  |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$1,452.27** |  |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$512.79** |  |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$2,871.62** |  |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$3,179.29** |  |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$3,076.73** |  |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$3,179.29** |  |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$2,256.27** | $17,254.41 |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$1,402.37** | $17,930.64 |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$5,434.20** | $21,912.58 |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$4,382.42** | $28,473.40 |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$1,051.78** | $28,799.05 |  |
| 5.75000% | 7.5000% | 5.000% | 12.5000% | 12.5000% | **$2,454.16** | $29,800.94 |  |

From: Union Labor Life
Candice M. Smith
Voice: 202 682-6918
Casmith@Ullico.Com

|  |  |  |  |  |  | Interest | Late Charges |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
| **Ceiling** | **5.75%** |  |  |  |  |  |  |
| **Interest Rate to be used (after factoring Ceiling and Floor Rates)** | **Prime Rate** | **Prime Rate Margin** | **Default All-in Interest Rate** | **Rate to be Used According to Loan Agreement** | **Interest Accruals** |  |  |
| **5.75000%** | **8.5000%** | **5.000%** | **13.5000%** | **13.5000%** | **$844.55** | $844.55 |  |
| **5.75000%** | **8.5000%** | **5.000%** | **13.5000%** | **13.5000%** | **$290.09** | $290.09 |  |
| **5.75000%** | **8.5000%** | **5.000%** | **13.5000%** | **13.5000%** | **$529.36** | $529.36 |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  | **Interest Due 7/1/2024** | **$1,664.00** |  |  |
|  |  |  |  | **Late Charge @ 6%** | **$99.84** |  |  |
|  |  |  |  | **Total Due 7/1/2024** | **$1,763.84** |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  | **Interest Due 9/15/2025** | **$36,463.72** |  |  |
|  |  |  |  | **Late Charge @ 6%** | **$2,187.82** |  | $2,187.82 |
|  |  |  |  | **Total Due 9/15/2025** | **$38,651.54** |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  | Default Interest - 13.50% | $2,749.85 |  |  |
|  |  |  |  | Default Interest - 13.00% | $2,904.54 |  |  |
|  |  |  |  | Default Interest - 12.75% | $2,335.92 |  |  |
|  |  |  |  | Default Interest - 12.50% | $28,473.40 |  |  |
|  |  |  |  | Late Charges | $0.00 | $2,187.82 |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  | Total Interest Due: | $36,463.72 |  |  |