# EXHIBIT J

# Multifamily Receivership Services

Specialized Property Management for Distressed Assets



## Executive Overview

We provide comprehensive court-appointed and private receivership services for multifamily properties in financial distress. Our experienced team stabilizes troubled assets, improves operations, and maximizes returns for lenders, courts, and stakeholders through professional management and strategic repositioning.

## Core Service Offerings

### Asset Stabilization & Operations

- Immediate operational control and cash flow stabilization
- Professional rent collection and delinquency management
- Occupancy optimization and revenue recovery
- Property maintenance, violation correction and code compliance
- Vendor management and cost control

### Receivership Administration

- Court-approved financial management
- Detailed reporting to courts and stakeholders
- Vendor selection and bid management

© 2025 Great Lakes Realty, Inc. All rights reserved.

- Specialized receivership accounting and reconciliation
- Claims management and creditor coordination

## Tenant & Lease Management

- Professional resident relations and services
- Lease enforcement and eviction coordination
- Application screening and occupancy procedures
- Move-in/move-out inspections and documentation
- Resident certification and recertification

## Property Restoration & Capital Planning

- Capital needs assessment and prioritization
- Repair and rehabilitation project management
- Contractor coordination and quality assurance
- Compliance remediation (code violations, safety issues)
- Property positioning for sale or refinancing

## HUD Compliance & Affordable Housing

- HUD regulations and reporting compliance
- Affordable housing program management and certification
- REAC inspection preparation and remediation
- Fair Housing Act compliance and training
- Rent calculation and subsidy reconciliation

© 2025 Great Lakes Realty, Inc. All rights reserved.

# Value Proposition

| Benefit | Our Approach |
|---|---|
| **Speed to Stabilization** | Immediate deployment of experienced team; proven protocols reduce stabilization timeline |
| **Maximized Cash Flow** | Aggressive rent collection, occupancy management, and expense control |
| **Court Compliance** | Detailed filings, transparent reporting, proactive stakeholder communication |
| **Cost Efficiency** | Vendor relationships and procurement experience reduce operational costs |
| **Risk Mitigation** | Full compliance across HUD, Fair Housing, and state/local regulations |
| **Professional Results** | REAC-ready properties; certified affordable housing compliance; market-ready assets |

# Operational Expertise

## Property Types

Multifamily residential, affordable housing communities, mixed-income properties, HOA/COA-managed communities

## Portfolio Scale

Experienced in management of properties ranging from 12 to 1500+ units

## Receivership Experience

Court-appointed receiverships, private receiverships, loan servicer management contracts

## Regional Focus

Ohio and Midwest markets with deep knowledge of state-specific receivership requirement

© 2025 Great Lakes Realty, Inc. All rights reserved.

### Compliance Standards

- HUD Section 236/221(d)(3) programs
- LIHTC (Low-Income Housing Tax Credit) properties
- Public housing authorities
- Fair Housing Act and local ordinance compliance
- REAC inspection standards

# Representative Services

### Takeover Assessment

- Property inspection and condition documentation
- Occupancy and rent roll verification
- Staff and vendor evaluation
- Capital needs analysis
- Receivership transition planning

### Active Management

- Monthly financial reporting and accounting
- Resident services coordination
- Maintenance and repair oversight
- Compliance monitoring and documentation
- Stakeholder communication

### Court Administration

- Monthly/quarterly receiver reports
- Claims and expense documentation
- Property improvements tracking
- Final accounting and property disposition support

© 2025 Great Lakes Realty, Inc. All rights reserved.

## Team Credentials

Our management team brings decades of combined experience in:

- Multifamily property receivership and loan servicing
- Multifamily property management at scale
- Real estate law and court-supervised receiverships
- Financial management and vendor procurement
- HUD-compliant affordable housing operations

## Why Select Us

✓ **Proven Track Record** — Successful stabilization and recovery of distressed multifamily properties

✓ **Full-Service Capability** — Operations, compliance, accounting, and court administration under one provider

✓ **Efficient Execution** — Established vendor networks and operational protocols for rapid deployment

✓ **Regulatory Expertise** — Deep knowledge of HUD, Fair Housing, and receivership compliance requirements

✓ **Local Market Knowledge** — Operating knowledge of Ohio and Midwest multifamily markets

✓ **Court Relationships** — Experience with judicial supervision and transparent stakeholder reporting

### Contact & Engagement

For receivership management inquiries, property assessments, or service proposals:

**Great Lakes Realty, Inc.**

38046 Second Street, Willoughby, OH 44094

✉ Email: **svalenti@greatlakesrealty.com**

☎ Phone: **(440) 946-7023**

© 2025 Great Lakes Realty, Inc. All rights reserved.





**GLR** Companies

# Full-Service

Property Management

Partner

- Multifamily
- Commercial
- Receivership

GLR COMPANIES | THIRD-PARTY MANAGEMENT | CONFIDENTIAL

**WHO WE ARE**

# A Full-Service Property Management Partner

GLR Companies brings institutional discipline and hands-on expertise to every property we manage. Rooted in the Great Lakes region with a growing regional footprint, we serve owners, developers, and the courts with a single mission: protect and grow the value of real estate assets through transparent, accountable, and performance-driven management.

| **40+** | **150+** | **LIHTC** |
|---|---|---|
| Unit Minimum | Unit Focus |  & HUD Expert |

**WHY GLR**

# What Sets Us Apart

## Full-Service Platform

One partner across multifamily, commercial, and receivership — eliminating management fragmentation across your portfolio.

## Financial Transparency

Clear monthly reporting packages, budget-to-actual variance, and investor distributions. No surprises. Full access.

## Receivership Specialists

When courts need a steady hand, we stabilize assets, maintain compliance, and preserve value from day one.

## In-House Facilities Team

Midwest Maintenance Services provides institutional-grade plumbing, electrical, HVAC, and construction — faster, lower cost.

## Luxury to Affordable

Deep expertise across the full quality spectrum — luxury lease-up, market-rate repositioning, and LIHTC/HUD compliance.

## Regional Reach

Northeast Ohio headquarters with a growing regional footprint — local intelligence, institutional operating standards.

MULTIFAMILY MANAGEMENT

# Luxury · Market Rate · Affordable Housing

*40+ units minimum  ·  150+ unit specialization*

**Asset Performance & NOI**

Revenue growth, expense control, and proactive capital planning.

**Lease-Up & Property Marketing**

Strategic marketing and lease-up execution for new and repositioned assets.

**LIHTC & HUD Compliance**

Expert navigation of tax credit compliance, inspections, and reporting.

**Luxury Property Management**

White-glove service delivery and premium amenity management.

**Transparent Investor Reporting**

Monthly financials, variance reports, and investor packages on time.

GLR COMPANIES  |  THIRD-PARTY MANAGEMENT  |  CONFIDENTIAL

**150+**

Unit Specialization

**LIHTC**

& HUD Compliance

**Full**

Lease-Up Services

**COMMERCIAL**

# Office & Retail Space Management

GLR Companies manages office and retail assets with the same institutional rigor applied to our multifamily portfolio — transparent financials, accountable operations, and full tenant management.

## Office Management

- Tenant retention & lease administration
- CAM reconciliation & operating expense oversight
- Vendor management & preventive maintenance
- Financial reporting & ownership distributions
- Capital improvement planning

## Retail Management

- Anchor & inline tenant coordination
- Common area maintenance & curb appeal
- Lease compliance monitoring
- Signage, access & security oversight
- Shopping center operations support



## RECEIVERSHIP

# Stability Under Every Condition.

When courts require a trusted operator, GLR Companies steps in with the experience, systems, and accountability to stabilize assets, maintain compliance, and preserve value — from day one.

GLR COMPANIES  |  THIRD-PARTY MANAGEMENT  |  CONFIDENTIAL

## OUR RECEIVERSHIP CAPABILITIES

### Immediate Asset Stabilization

Rapid onboarding, operational assessment, and stabilization of distressed properties under court oversight.

### Regulatory Compliance

Full compliance with court orders, housing codes, and program requirements including HUD and LIHTC.

### Transparent Court Reporting

Detailed, accurate reporting to the court, attorneys, and interested parties — on time, every time.

### Resident & Asset Protection

Maintaining habitable conditions and preserving asset value throughout the receivership process.



**IN-HOUSE FACILITIES**

# Midwest Maintenance Services

Unlike most management companies that rely on third-party vendors, GLR Companies maintains Midwest Maintenance Services — an in-house facilities team delivering institutional-grade maintenance across every property we manage.



**Plumbing**



**Electrical**

**HVAC**



**Construction**

**Faster Response**
In-house teams mobilize immediately — no vendor scheduling delays.

**Lower Cost**
Controlled labor rates for property owners.

**Full Accountability**
Your maintenance team is your management team — same standards.

**OUR APPROACH**

# How We Work

**01**

### Discovery & Onboarding

Comprehensive property assessment — financials, physical condition, staffing, compliance status, and market positioning. A tailored management plan delivered before day one.

**02**

### Stabilization & Strategy

Whether a new acquisition, lease-up, or distressed asset, we implement a clear 90-day stabilization plan with defined performance benchmarks and transparent owner reporting.

**03**

### Active Management & Optimization

Ongoing operations focused on NOI growth, expense control, resident/tenant satisfaction, and proactive capital planning — supported by real-time reporting and regular ownership meetings.

**04**

### Performance Review & Accountability

Quarterly performance reviews, budget-to-actual analysis, and continuous improvement cycles to ensure your asset performs at its highest potential.

**FINANCIAL REPORTING**

# Transparency is Non-Negotiable.

Property owners and investors deserve complete visibility into their assets. GLR Companies delivers comprehensive, clearly formatted financial reporting — on time, every reporting cycle.

- Monthly profit & loss statements
- Budget-to-actual variance reporting
- Accounts receivable & delinquency
- Accounts payable & reconciliation

- Capital expenditure tracking
- Investor distribution packages
- Annual budget preparation
- Audit-ready documentation

## Owner Portal Access

Real-time access to your financial data, maintenance logs, lease status, and property performance — available when you need it, formatted the way you want it.

*"No surprises.
Just results."*

**Monthly — Financial Packages**

**Real-Time — Portal Access**

**Zero — Hidden Fees**



# Let's Talk About Your Portfolio.

We'd welcome the opportunity to discuss your property management needs, review your current portfolio, and show you what GLR Companies can deliver.

**Schedule a Discovery Call**

Request a Portfolio Review

Submit an RFP

## Ready to Get Started?

- Multifamily Management
- Commercial Management
- Court Receivership
- LIHTC & HUD Compliance
- Lease-Up Services
- In-House Maintenance

440.946.7023 · hello@glrcompanies.com · www.glrcompanies.com · Northeast Ohio & Regional