# EXHIBIT K



## **Receivership Fee Terms**

**Property:** The Statler Arms
**Address:** 1127 Euclid Ave, Cleveland, OH 44115
**Court / Case No.:** _TBD_____
**Receiver / Manager:** Great Lakes Realty, Inc, DBA GLR Companies
**Effective Date:** _TBD_____

Great Lakes Realty, Inc, DBA GLR Companies . shall charge a receivership management fee equal to $12,500 per month or 4% of gross receipts, whichever is greater, subject to court approval where required. Receiver compensation is commonly paid from the assets or funds of the receivership estate and is often subject to court review and approval.

In addition to the monthly receivership management fee, Great Lakes Realty, Inc, DBA GLR Companies . shall charge a one-time setup fee of $3,000 for initial onboarding and transition of the asset. This setup fee covers software setup, website setup, internet listing services (ILS) setup, domain name procurement or transfer, and related implementation work intended to make the transition as seamless as possible for residents.

A payroll surcharge of 3% shall be charged to the entity on a bi-weekly basis for payroll administration services. Payroll processing fees are generally treated as operating expenses or administrative charges of the entity.

Any attorney fees and legal expenses incurred in connection with the operation, protection, administration, compliance, litigation, or preservation of the asset shall be charged back to the entity or receivership estate, subject to court approval where applicable. Fees and costs of a receiver and the receiver's professionals are generally treated as administrative expenses chargeable against the assets in the receivership estate. These fees include but are not limited to:

- Court filing fees and service costs.
- Outside legal counsel.
- Security services.
- Emergency repairs and board-up.
- Utility deposits or restorations.

- Postage, copying, mileage, and inspection travel.
- Insurance, permits, and municipal registrations.
- Third-party accounting, environmental, pest, or engineering reports.

## Billing Terms

- Monthly receivership fee: $12,500 or 4% of gross receipts, whichever is greater.

- One-time setup fee to Great Lakes Realty, Inc, DBA GLR Companies .: $3,000.

- Property Management Software (PMS) setup and conversion fees: As billed by PMS

- Payroll surcharge: 3% charged bi-weekly to the entity.

- Attorney fees and legal expenses: billed back to the entity or receivership estate as incurred, subject to court approval where required.

Any additional terms will be detailed in the receiver orders and/or the management agreement.